UNITED STATES Of America,
Plaintiff–Appellee

v.

Rafael RAMIREZ–PEREZ,
Defendant–Appellant.

No. 12–50390
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 19, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Donna F. Coltharp, Assistant Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before KING, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Rafael Ramirez–Perez raises arguments that he concedes are foreclosed by *United States v. Gomez–Herrera,* 523 F.3d 554, 562–63 (5th Cir.2008), which rejected the argument that the existence of fast track programs in some districts and not in others creates unwarranted sentencing disparities within the meaning of 18 U.S.C. § 3553(a)(6). The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time

to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.